COPY

1  DAVID J. GALLO *(California Bar No. 127722)*
   **LAW OFFICES OF DAVID J. GALLO**
2  12702 VIA CORTINA, SUITE 500
   DEL MAR, CALIFORNIA 92014
3  Telephone: (858) 509-3652
   Facsimile: (858) 509-3717
4  E-mail: djgsan@aol.com

5  MEGAN A. RICHMOND *(California Bar No. 170753)*
   **RICHMOND & RICHMOND LAW OFFICES**
6  9255 TOWNE CENTRE DRIVE, SUITE 500
   LA JOLLA, CALIFORNIA 92121
7  Telephone: (858) 622-7878
   Facsimile: (858) 622-0411
8  E-mail: mrichmondlaw@bigplanet.com

9  ALEXANDER ELIAS PAPAEFTHIMIOU *(Cal. Bar No. 236930)*
   7037 FLICKER COURT
10 VENTURA, CALIFORNIA  93003
   Telephone: (858) 610-1246
11 E-mail: alex@dqlaw.com

12 Attorney for Plaintiff, MARY ROSALES,
   individually, and on behalf of
13 all others similarly situated

14                **UNITED STATES DISTRICT COURT**

15

16               **CENTRAL DISTRICT OF CALIFORNIA**

17

18 MARY ROSALES, individually, and on       Civil Action Number:
      behalf of all others similarly situated,
19                                           **CV11-09423**P(MANx)
      Plaintiffs,
20
   v.
21                                           **COLLECTIVE ACTION**
   COUNTY OF LOS ANGELES, a legal           **(Title 29, U.S.C., § 216(b).)**
22    subdivision of the State of California,

23    Defendant.

24                                           **COMPLAINT FOR RECOVERY**
                                             **OF UNPAID WAGES;**
25                                           **JURY DEMAND**

26

27

28

**COMPLAINT FOR RECOVERY OF UNPAID WAGES; JURY DEMAND –**
**PAGE 1**

## JURISDICTIONAL STATEMENT

1.     This Court's subject-matter jurisdiction over the claims asserted herein is conferred by Article III of the United States Constitution; by Title 28, U.S.C., Section 1331; and by Title 29, U.S.C., Section 216(b).

## VENUE

2.     Venue of this civil action is properly fixed in the Central District of California, pursuant to Title 28, U.S.C., Section 1391(b).

## PARTIES

3.     Plaintiff, Mary Rosales **(hereinafter "Plaintiff", and/or "Rosales"),** an individual, is a citizen of the United States of America, and of the State of California, who resides therein.

4.     Defendant, County of Los Angeles **(hereinafter the "County"),** is a legal subdivision of the State of California, pursuant to Article 11, Section 1(a) of the California Constitution, and pursuant to Section 23002 of the California Government Code.

## COLLECTIVE ACTION ALLEGATIONS

5.     The averments contained herein are made by Plaintiff on her own behalf, and on behalf of all others similarly situated; said averments are made upon personal knowledge as to Plaintiff and her own acts, and as to all other matters, upon information and belief (based upon, *inter alia*, the investigations made by Plaintiff's attorneys).

6.     During the applicable limitations period, Plaintiff was employed by the Los Angeles County Department of Public Social Services **(hereinafter the "DPSS"),** in the capacity of In-Home Supportive Services **(hereinafter "IHSS")** Social Worker **(hereinafter "SW").**

7.     The averments of his Complaint are applicable to all DPSS IHSS SW

**COMPLAINT FOR RECOVERY OF UNPAID WAGES; JURY DEMAND – PAGE 2**

classifications, however denominated by DPSS.

8.     Plaintiff brings this action on behalf of herself, and on behalf of all other IHSS SWs who were employed by the DPSS within the applicable limitations period, and who worked in excess of the maximum hours prescribed by Title 29, U.S.C., Section 207(a), but who did not receive all overtime compensation prescribed by such statute.

9.     Plaintiff's position is in all respects similar to, if not identical to, the other persons on whose behalf Plaintiff brings this action.

**FIRST CLAIM FOR RELIEF**
**(for recovery of overtime, liquidated damages, attorneys' fees, and costs)**
**(Title 29, U.S.C., Section 216(b))**
**(against Defendant, County of Los Angeles)**

10.     The averments contained in paragraphs 1 through 9 hereof are incorporated herein by reference.

11.     As stated above, during the applicable limitations period, Plaintiff was employed by the DPSS in the capacity of IHSS SW.

12.     During the applicable limitations period, DPSS frequently required, suffered, and/or permitted the IHSS SWs, including Plaintiff, to work workweeks longer than forty (40) hours without paying them all overtime compensation prescribed by Title 29, U.S.C., Section 207(a).

13.     Such failure to pay overtime compensation was "willful", for purposes of Title 29, U.S.C., Section 255(a).

14.     The facts set forth hereinabove establish that Plaintiff and all others similarly situated are entitled to recover unpaid overtime compensation, liquidated damages, attorneys' fees, and costs, pursuant to Title 29, U.S.C., Section 216(b).

WHEREFORE, Plaintiff, on her own behalf, and on behalf of all others similarly situated, requests relief as set forth hereinbelow.

///

**COMPLAINT FOR RECOVERY OF UNPAID WAGES; JURY DEMAND – PAGE 3**

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, on her own behalf, and on behalf of all others similarly situated, requests relief:

a. On the First Claim for Relief, judgment over and against the County of Los Angeles, awarding recovery of overtime compensation, liquidated damages, attorneys' fees, and costs; and

b. Such other relief, at law or in equity, to which this Court finds Plaintiff, and those similarly situated, to be justly entitled.

Dated: 14 November 2011                    Respectfully submitted,

DAVID J. GALLO
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA 92014-3769
Telephone: (858) 509-3652

_____
/s/ David J. Gallo
By:    David J. Gallo,
California Bar No. 127722
Attorney for Plaintiff, MARY
ROSALES, individually, and on behalf
of all others similarly situated

[CLA2-COMPLAINT.wpd]

**COMPLAINT FOR RECOVERY OF UNPAID WAGES; JURY DEMAND –
PAGE 4**

## JURY DEMAND

Plaintiff, on her own behalf, and on behalf of all others similarly situated, hereby demands trial by jury of all issues triable by a jury, pursuant to applicable law, including, but not necessarily limited to, Amendment VII to the United States Constitution.

Dated: 14 November 2011

Respectfully submitted,

DAVID J. GALLO
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA 92014-3769
Telephone: (858) 509-3652

/s/ David J. Gallo

By:    David J. Gallo,
       California Bar No. 127722
       Attorney for Plaintiff, MARY
       ROSALES, individually, and on behalf
       of all others similarly situated

[CLA2-COMPLAINT.wpd]

**COMPLAINT FOR RECOVERY OF UNPAID WAGES; JURY DEMAND – PAGE 5**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV11- 9423 R (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

===========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X]  Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ]  Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ]  Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

ORIGINAL

Name & Address:  DAVID J. GALLO (127722)
LAW OFFICES OF DAVID J. GALLO
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA  92014
Telephone: (858) 509-3652
E-mail: djgsan@aol.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ROSALES, individually, and on behalf of all others similarly situated, <br><br> PLAINTIFF(S) <br> v. <br> COUNTY OF LOS ANGELES, a legal subdivision of the State of California, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV11-09423 P (MANx) <br><br><br> **SUMMONS** |

TO:     DEFENDANT(S):

        A lawsuit has been filed against you.

        Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _David J. Gallo, Esq._____, whose address is _12702 Via Cortina, Suite 500; Del Mar, California 92014_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated: ___**NOV 1 4 2011**_____

Clerk, U.S. District Court

By: _____
        Deputy Clerk

        (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I.(a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MARY ROSALES, individually, and on behalf of all others similarly situated,

**DEFENDANTS**
COUNTY OF LOS ANGELES, a legal subdivision of the State of California,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

David J. Gallo, Esq.
12702 Via Cortina, Suite 500; Del Mar, California 92014
Telephone: 858 509 3652

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑1 | ☑1 | Incorporated or Principal Place of Business in this State | ☑4 | ☑4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

☑1 Original Proceeding   ☐2 Removed from State Court   ☐3 Remanded from Appellate Court   ☐4 Reinstated or Reopened   ☐5 Transferred from another district (specify):   ☐6 Multi-District Litigation   ☐7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑Yes  ☐No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐Yes  ☑No (collective)   ☑MONEY DEMANDED IN COMPLAINT: $ unknown

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
For recovery of overtime compensation pursuant to Title 29, U.S.C., Section 216(b).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☑ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11-09423

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): Please see accompanying Notice of Related Cases.

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or

☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 14 November 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |