UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

**MAKE JS-6**

CIVIL MINUTES -- GENERAL

Case No.   CV-11-9423-R                                                                           Date: OCT. 2, 2012

Title:   MARY ROSALES -v- COUNTY OF LOS ANGELES
=====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                       None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) JUDGMENT IN FAVOR OF PLAINTIFF

**On September 18, 2012 Defendant made a Rule 68 Offer of Judgment to Plaintiff; on September 27, 2012 Plaintiff, through her counsel of record, accepted the offer of judgment, therefore: Judgment is now entered in favor of Plaintiff Mary Rosales and against Defendant County of Los Angeles in the amount of $85,000.00; inclusive in this total amount are accrued costs of $20,000.00; this Judgment is not an admission of liability by the County of Los Angeles.**

**IT IS SO ORDERED AND ADJUDGED.**

cc: counsel of record

MINUTES FORM 11                                                                     Initials of Deputy Clerk ___WH____  
CIVIL -- GEN