1  DAVID J. GALLO *(California Bar No. 127722)*
   **LAW OFFICES OF DAVID J. GALLO**
2  12702 VIA CORTINA, SUITE 500
   DEL MAR, CALIFORNIA  92014
3  Telephone: (858) 509-3652
   Facsimile: (858) 509-3717
4  E-mail: djgsan@aol.com

5  Attorneys for Plaintiff, MARY ROSALES,
   individually, and on behalf of
6  all others similarly situated

7

# UNITED STATES DISTRICT COURT

8

# CENTRAL DISTRICT OF CALIFORNIA

9

10

11  MARY ROSALES, individually, and on behalf of all others similarly situated,

12        Plaintiffs,

13  v.

14  COUNTY OF LOS ANGELES, a legal subdivision of the State of California,

15        Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

Civil Action Number:

## 11-cv-09423 R

**COLLECTIVE ACTION**
**(Title 29, U.S.C., § 216(b).)**

**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES; L.R. 7-3 CERTIFICATE OF CONFERENCE**

Hearing date:        19 NOV. 2012

Hearing time:        10:00 a.m.

Judge: HON. MANUEL L. REAL

---

**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES; L.R. 7-3 CERTIFICATE OF CONFERENCE – PAGE 1**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on **19 November 2012, at 10:00 a.m.,** in the Courtroom of the Hon. Manual L. Real, United States District Judge, *viz.:* Courtroom Number 8, on the Second Floor of the United States Courthouse, at 312 North Spring Street, Los Angeles, California   90012, Plaintiff, Mary Rosales **(hereinafter "Plaintiff" and/or "Movant"),** shall bring a motion for an order awarding attorneys' fees pursuant to Title 29, U.S.C., Section 216(b), and pursuant to Rules 54(d)(2), 59(e), 60(a), and/or 60(b)(6), Fed.R.Civ.P.

## CERTIFICATE OF CONFERENCE

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on Wednesday, 3 October 2012.  The filing date of the instant Motion is pursuant to written stipulation of the parties.

## MOTION

For the reasons set forth in the accompanying Memorandum of Points and Authorities, Plaintiff hereby moves the Court for an order awarding attorneys' fees pursuant to Title 29, U.S.C., Section 216(b), and pursuant to Rules 54(d)(2), 59(e), 60(a), and/or 60(b)(6), Fed.R.Civ.P.

The statute entitling the Movant to recover her attorneys' fees is Title 29, U.S.C., Section 216(b), and the Judgment entitling the Movant to recover her attorneys' fees is the judgment entered herein on 2 October 2012, as Document Number 52. (*Cf.:* Rule 54(d)(2)(B)(ii).)

The amount of the award sought is $214,825.75, which includes an estimated nine (9.0) additional hours for preparation of a Reply papers, and for presentation of oral argument of the instant Motion.  (*Cf.:* Rule 54(d)(2)(B)(iii).)

///

**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES; L.R. 7-3 CERTIFICATE OF CONFERENCE – PAGE 2**

1  Dated: 8 October 2012                    Respectfully submitted,

2                                           DAVID J. GALLO
                                            **LAW OFFICES OF DAVID J. GALLO**
3                                           12702 VIA CORTINA, SUITE 500
                                            DEL MAR, CALIFORNIA  92014-3769
4                                           Telephone: (858) 509-3652

5

6                                                  /s/ David J. Gallo
                                            By:   David J. Gallo,
7                                                 California Bar No. 127722
                                                  Attorney    for    Plaintiff,    MARY
8                                                 ROSALES, individually, and on behalf
                                                  of all others similarly situated
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   [CLA2-NOT_MOT_+_MOT_FEES.wpd]

28

**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES; L.R. 7-3 CERTIFICATE OF CONFERENCE – PAGE 3**

1

## **CERTIFICATE OF ELECTRONIC SERVICE**

2    I, DAVID J. GALLO, hereby certify that, upon electronic filing hereof, I have

3 effected electronic service of the preceding document upon all parties who have

4 appeared in the above-captioned civil action, in the manner authorized by L.R. 5-3.3.

5

6                          /s/ David J. Gallo
                           DAVID J. GALLO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[CLA2-NOT_MOT_+_MOT_FEES.wpd]

28

**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR AWARD OF
ATTORNEYS' FEES; L.R. 7-3 CERTIFICATE OF CONFERENCE – PAGE 4**