DAVID J. GALLO *(California Bar No. 127722)*
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA 92014
Telephone: (858) 509-3652
Facsimile: (858) 509-3717
E-mail: djgsan@aol.com

Attorneys for Plaintiff, MARY ROSALES, individually, and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ROSALES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a legal subdivision of the State of California,<br><br>Defendant. | Civil Action Number:<br>**11-cv-09423 R**<br><br>**COLLECTIVE ACTION<br>(Title 29, U.S.C., § 216(b).)**<br><br>**NOTICE OF LODGMENT OF PROPOSED ORDER ON PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES (APPROVED AS TO FORM)**<br><br>Hearing date:  26 NOV. 2012<br>Hearing time:  10:00 a.m.<br>Judge: HON. MANUEL L. REAL |

**NOTICE OF LODGMENT OF PROPOSED ORDER ON PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES (APPROVED AS TO FORM) – PAGE 1**

1  PLEASE TAKE NOTICE that Plaintiff, Mary Rosales, has lodged the attached
2  proposed order pursuant to L.R. 52-4.
3  Defendant's counsel has advised by the e-mail reproduced at Exhibit "A",
4  *post,* that the form of the attached order is "acceptable" to Defendant.

6  Dated: 14 December 2012        Respectfully submitted,

   DAVID J. GALLO
   **LAW OFFICES OF DAVID J. GALLO**
   12702 VIA CORTINA, SUITE 500
   DEL MAR, CALIFORNIA  92014-3769
   Telephone: (858) 509-3652

           /s/ David J. Gallo
   By:  David J. Gallo,
        California Bar No. 127722
        Attorney for Plaintiff, MARY
        ROSALES, individually, and on behalf
        of all others similarly situated

[CLA2-NOT_LDGMT PROPOSED ORDER on FEES.wpd]

28 **NOTICE OF LODGMENT OF PROPOSED ORDER ON PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES (APPROVED AS TO FORM) – PAGE 2**

## **CERTIFICATE OF ELECTRONIC SERVICE**

I, DAVID J. GALLO, hereby certify that, upon electronic filing hereof, I have effected electronic service of the preceding document upon all parties who have appeared in the above-captioned civil action, in the manner authorized by L.R. 5-3.3.

/s/ David J. Gallo
DAVID J. GALLO

[CLA2-NOT_LDGMT PROPOSED ORDER on FEES.wpd]