# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ROSALES, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a legal subdivision of the State of California,<br><br>    Defendant. | Civil Action Number:<br>**11-cv-09423 R**<br><br>**COLLECTIVE ACTION (Title 29, U.S.C., § 216(b).)**<br><br>**ORDER ON PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES**<br><br>Hearing date:   26 NOV. 2012<br>Hearing time:   10:00 a.m.<br>Judge: HON. MANUEL L. REAL |

**ORDER ON PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES – PAGE 1**

1    ON 26 NOVEMBER 2012, at 10:00 a.m., came on to be heard the Motion of Plaintiff, Mary Rosales **(hereinafter "Rosales" and/or "Plaintiff"),** for Award of Attorneys' Fees.  The Court, having considered the evidence and the argument of counsel, has found that said Motion should be granted, as follows:

   IT IS, HEREBY, ORDERED that, in addition to the amounts awarded by the judgment entered herein on 2 October 2012, as Document Number 52, Plaintiff, Mary Rosales, shall have and recover her attorneys' fees over and against Defendant, the County of Los Angeles, in the total sum of Sixty-nine Thousand, One Hundred Four and 50/100 Dollars ($69,104.50).

Dated: December 17, 2012

_____
HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA

[ORDER after hearing.wpd]

**ORDER ON PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES – PAGE 2**